IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-HC-2218-D

| | |
|---|---|
| DABED DEL JESUS SANCHEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNKNOWN RESPONDENT, ) | |
| ) | |
| Respondents. ) | |

On September 25, 2015, Dabed Del Jesus Sanchez ("Sanchez" or "petitioner"), a pretrial detainee proceeding pro se, petitioned the court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. On October 1, 2015, Magistrate Judge Robert B. Jones, Jr. directed Sanchez to submit either the filing fee or an application to proceed in forma pauperis [D.E. 3]. Judge Jones directed Sanchez to pay the filing fee or complete an in forma pauperis application within twenty-one days, and cautioned him that failure to do so may result in the dismissal of this case. Id.

Sanchez has not complied with Magistrate Judge Jones's order, and the time within which to do so has expired. Therefore, the court DISMISSES the action without prejudice. See Clack v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished); Ballard v. Carlson, 882 F.2d 93, 95 (4th Cir. 1989).

SO ORDERED. This 5 day of November 2015.

JAMES C. DEVER III
Chief United States District Judge